UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL HALL,

    Plaintiff,

vs.

U.S. BANK, NATIONAL ASSOCIATION, as successor trustee to Bank of America, N.A. as successor by merger to LaSalle Bank N.A., as trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-3,

    Defendant.

Case No. 13-15276

Honorable   Lawrence P. Zatkoff
Magistrate Judge:  Mona K. Majzoub

| Darwyn P. Fair (P31266) | Matthew Mitchell (P69810) |
|---|---|
| DARWYN P. FAIR & ASSOCIATES, P.C. | Erin R. Katz (P71604) |
| Attorneys for Plaintiff | DYKEMA GOSSETT PLLC |
| 535 Griswold, Ste. 111-554 | Attorneys for Defendant |
| Detroit, MI 48226 | 39577 Woodward Avenue, Suite 300 |
| (313) 967-0595 | Bloomfield Hills, MI 48304 |
| dpfair@ix.netcom.com | (248) 203-0700 |
| | mmitchell@dykema.com |
| | ekatz@dykema.com |

## NOTICE OF APPEARANCE OF MATTHEW MITCHELL

PLEASE TAKE NOTICE that Matthew Mitchell of Dykema Gossett PLLC hereby enters his appearance as counsel of record on behalf of Defendant U.S.

Bank, National Association, as successor trustee to Bank of America, N.A. as successor by merger to LaSalle Bank N.A., as trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-3("U.S. Bank"). Please direct all future pleadings, notices and correspondence accordingly.

                                Respectfully submitted,

                                DYKEMA GOSSETT PLLC

                              By: /s/ Matthew Mitchell
                                  Matthew Mitchell (P69810)
                                  Erin R. Katz (P71604)
                                  DYKEMA GOSSETT PLLC
                                  Attorneys for Defendant
                                  39577 Woodward Avenue, Suite 300
                                  Bloomfield Hills, MI 48304
                                  (248) 203-0542
                                  mmitchell@dykema.com
Date: December 30, 2013          ekatz@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

    s/Matthew Mitchell
    Dykema Gossett PLLC
    39577 Woodward Avenue, Suite 300
    Bloomfield Hills, MI  48304-5086
    (248) 203-0542
    E-mail:  mmitchell@dykema.com
    P69810

BH01\1947517.1
ID\MMI - 084912\0253

3